The next case on our calendar is United States v. Lawrence Simmons. Good morning. Good morning. May it please the Court, I'm Jane Myers and I represent Lawrence Simmons. This case should be remanded for- I think the government conceded. In fact, the government did concede that. What do we have to argue here today? Well, not very much. This Court, I mean, we believe the concession is in fact correct. We believe that the Court also erred procedurally in not using the criteria in order to impose sentence and not writing a contemporaneous statement of reasons. And therefore, for all those reasons, this case should be remanded to the District Court for resentencing. I think that's all we need to say since the government conceded remand. Did you not, Counsel? Why don't you take the podium? You believe there was an error in the calculation? Yes, Your Honor. The government agrees that this case should be remanded for resentencing in view of that procedural violation. So I don't think that we have any more business to conduct here today. We'll accept the government's offer and remand this case back to the District Court. Thank you, Your Honor. Thank you all. Thank you both very much.